**Hong MAI, Plaintiff–Appellant,**

v.

**John DOE, Commissioner of New York City Housing Authority Defendant–Appellee.**

**Docket No. 00–7249.**

United States Court of Appeals, Second Circuit.

July 12, 2001.

Hong Mai, Richmond Hill, NY, pro se.

Lanny R. Alexander; Jeffrey Schanback, General Counsel, on the brief, New York City Housing Authority, New York, NY, for appellee.

Present CABRANES, PARKER, and SOTOMAYOR, Circuit Judges.

SUMMARY ORDER

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the judgment of the District Court be and is AFFIRMED.

Hong Mai, *pro se* and *in forma pauperis,* appeals from a February 10, 2000 judgment of the District Court granting defendant's motion to dismiss for lack of subject matter jurisdiction. We agree and therefore AFFIRM.